# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00309-CV

### In re Agustin Zurita

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

   The petition for writ of mandamus is denied and the motion for emergency relief is dismissed. *See* Tex. R. App. P. 52.8(a).

Before Justices Puryear, Pemberton and Rose

Filed: May 23, 2011